UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAYNE PRICE, | No. 2:13-cv-2449 KJN P |
| Petitioner, | |
| v. | ORDER |
| DANIEL PARAMO, | |
| Respondent. | |

Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.  (No. 2: 13-cv-991 WBS DAD P.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge Shubb and Magistrate Judge Drozd for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2: 13-cv-2449 WBS DAD; and

////

1

   2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  December 6, 2013

pr2449.190

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2