UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAYNE PRICE, | No. 2:13-cv-2449 WBS DAD P |
| Petitioner, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| DANIEL PARAMO, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2014, respondent filed a motion to dismiss the pending petition. Petitioner has not filed an opposition to the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that petitioner shall show cause, within twenty-one days, why respondent's April 11, 2014 motion to dismiss should not be

/////
/////
/////
/////

1

1  granted.  Alternatively, if petitioner no longer wishes to proceed with this action, he may file a
2  request to voluntarily dismiss this action.
3  Dated:  May 21, 2014

   _____
   DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

DAD:9
pric2449.46hab